UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF MISSOURI FAMILY COURT OF ST. LOUIS COUNTY 21ST JUDICIAL CIRCUIT, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:17CV2476 NAB |
| QUANSA THOMPSON, et al., | ) ) | |
| Defendants. | ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court *sua sponte*. On September 25, 2017, Quansa Thompson and Sarai Gabar Bahat Yisra'EL, proceeding pro se, filed a notice of removal in this Court. However, on November 16, 2017, mail that this Court sent to both Quansa Thompson and Sarai Gabar Bahat Yisra'EL was returned without a forwarding address, and neither party has notified the Court of any change of address.

The Local Rules of this Court require pro se parties to promptly notify the Clerk of any change in address or telephone number. *See* E.D. Mo. L.R. 2.06(B). If mail to a pro se party is returned to the Court without a forwarding address and the pro se party fails to "notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." *Id.*

In this case, more than thirty days have passed since the mail was returned, and neither party has notified the Court of a change of address. The Court will therefore dismiss this action, without prejudice, pursuant to Local Rule 2.06(B).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

**IT IS FURTHER ORDERED** that the motion for leave to proceed in forma pauperis (Docket No. 2) is **DENIED** as moot.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 19th day of December, 2017

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE